UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **PATRICIA KENNEDY,** | : |
| Plaintiff, | : |
| v. | : |
| | : Case No: 2:20-cv-49-LGW-BWC |
| **OHM SHREE GANISH, INC.**, | : |
| Defendant, | : |
| _____/ | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, by and through her undersigned counsel, hereby advises the Court that this case has been settled. The Parties request 15 days within which to submit the documentation formally concluding this litigation.

**I HEREBY CERTIFY** that, on June 26, 2020 I furnished a copy of the foregoing to: OHM SHREE GANESH, INC., c/o Prem Patel, r/a, 720 S. Lee St., Kingsland, GA 31548.

*/s/Philip Michael Cullen, III*
Fla. Bar No: 167853
 (Admitted Pro Hac Vice)
**PHILIP MICHAEL CULLEN, III**
**Attorney-at-Law – Chartered**
Attorney for Plaintiff:
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
CULLENIII@aol.com

                                                                          Joseph T. Rhodes, Esq.
HUNTER RHODES LLC
266 Greene Street
Augusta, GA 30901
706-724-3156
jrhodes@hunterhodes.com
GA Bar No: 309847
Local Counsel for Plaintiff

cc: Sarah Gulati, Esq (via e-mail)