# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

**PATRICIA KENNEDY,**

    Plaintiff,

v.

**Case No: 2:20-cv-49-LGW-BWC**

**OHM SHREE GANISH, INC.,**

    Defendant,

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to the terms of the Parties' settlement hereby voluntarily dismisses this case, with prejudice.

**I HEREBY CERTIFY** that, on July 10, 2020 I furnished a copy of the foregoing to: OHM SHREE GANESH, INC., c/o Prem Patel, r/a, 720 S. Lee St., Kingsland, GA 31548.

*/s/Philip Michael Cullen, III*
Fla. Bar No: 167853
(Admitted Pro Hac Vice)
**PHILIP MICHAEL CULLEN, III**
**Attorney-at-Law – Chartered**
Attorney for Plaintiff:
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
CULLENIII@aol.com

Joseph T. Rhodes, Esq.

        HUNTER RHODES LLC
266 Greene Street
Augusta, GA 30901
706-724-3156
jrhodes@hunterhodes.com
GA Bar No: 309847
Local Counsel for Plaintiff

cc: Sarah Gulati, Esq (via e-mail)