FILED
John E. Triplett, Acting Clerk
United States District Court

By crobinson at 4:41 pm, Jul 10, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

PATRICIA KENNEDY,

    Plaintiff,

v.

OHM SHREE GANISH, INC.,

    Defendant.

CV 2:20-049

## ORDER

Before the Court is Plaintiff Patricia Kennedy's notice of voluntary dismissal, dkt. no. 12, wherein she states her intention to dismiss this case with prejudice.  Defendant OHM Shree Ganish, Inc. having filed no answer to the Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, all claims asserted in this action are **DISMISSED with prejudice**.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 10th day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA